# EXHIBIT A
## 1-21-cv-01156

 Gmail

Alysia Wightman <agwightman@skeltonwoody.com>

## Banking Letter Request
1 message

**From:** Rebecca Hamilton` <rhamilton@horseshoe-bay-tx.gov>
**Date:** April 13, 2021 at 11:16:40 AM CDT
**To:** taylormajor@legacyhousingcorp.com
**Subject: City of Horseshoe Bay- Contractor Registration**

Good Morning Taylor,

I just wanted to touch base about the Contractor Registration process.

I have verified with all certainty that Legacy is not a Registered Contractor.

We need to get that done ASAP because it is a permitting requirement.

I will attach a PDF version of the application in case that is easier for you all.

I will need it to be filled out by the "principal" of the company and I will need his DL.

Also, if I need Insurance with the Holder listed as The City of Horseshoe Bay.

Here are the Insurance requirements:



EXHIBIT
A

**Sec. 3.03.010    Permit applications**

(a)    Permit application requirements. An applicant seeking a building permit for a project must submit the following:

    (9)    Registration of general commercial contractors and general residential contractors, subcontractors and irrigation contractors, manufactured home contractors and home improvement contractors.

        (F)    Registration for general commercial contractors and general residential contractors shall include:

        (iv)    Insurance requirements to include:

            a.    At least $500,000.00 per occurrence (combined for property damage and bodily injury);

            b.    At least $1,000,000.00 aggregate (total amount the policy will pay for property damage and bodily injury coverage);

            c.    At least $500,000.00 aggregate for products and completed operations;

            d.    Certificate holder must be listed as follows: City of Horseshoe Bay, 1 Community Drive, Horseshoe Bay TX 78657; and

            e.    The business name and address listed on the certificate of liability of insurance must match the business name and address on the registration application.

We need a letter of recommendation from 1 financial institution and two from individuals who can attest to workmanship.

Please let me know if you have any questions or need any assistance.

Thanks so much,

*Rebecca Hamilton*

*"Cogito, ergo sum." R.D.*

Administrative Technician

Development Services Department

City of Horseshoe Bay, Texas

830-598-9959

www.horseshoe-bay-tx.gov





PROUD TO BE
A Certified *Scenic* City



*"The Mission of the Development Services Department is to provide outstanding customer service while helping our property owners and residents and the development community maintain and enhance the community's quality of life by assisting them in understanding the process and application requirements for development and building construction which comply with applicable codes and regulations."*

**ATTN: ELECTED OFFICIALS:** This email may contain information and documents being sent to members of the City Council, Planning & Zoning Commission, or Board of Adjustment for review.  If so, this matter will be discussed at a future Public Meeting.  Please remember that elected officials may not engage in deliberations on any City matter by email correspondence.  If you have comments or questions, please reply to the City Manager or the City Secretary.  **A "Reply to All" could lead to violations of the Texas Open Meetings Act.  Please reply only to the sender.**  This email contains the thoughts and opinions of the individual sender and does not necessarily represent the official policy of the City of Horseshoe Bay and/or its elected officals.

PRIVACY NOTICE: This e-mail and/or attachment(s) may contain confidential and/or privileged information that is intended solely for the person or entity to which it is addressed. Any review, distribution, copying, printing, or unauthorized use of this e-mail by persons or entities other than the addressee is strictly prohibited. If you have received this e-mail in error, please contact the sender immediately and delete the material from your computer.